**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Benjamin DUNN, Defendant–Appellant.**

**No. 06–10184.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2006.

Roger L. McRoberts, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Benjamin Dunn, Plainview, TX, pro se.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender has moved for leave to withdraw from representation of Benjamin Dunn and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dunn has not responded to counsel's motion and brief. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.